UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14-CR-036 |
| | ) | |
| BRIAN O'NEAL BECO | ) | |

## MEMORANDUM AND ORDER

The United States shall respond to the defendant's "Motion to Accept Late-Filed Motion to Suppress" [doc. 37] no later than November 20, 2014.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge